# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:04-CR-93** |
| | ) | **(Phillips)** |
| **ROY HILL** | ) | |

## ORDER

This matter is before the court on defendant's *pro se* motion to reduce sentence. The court commends defendant for his rehabilitive efforts while incarcerated; however, the court no longer has jurisdiction to reduce defendant's term of imprisonment, *see* Fed.R.Civ.P. 35. Accordingly, defendant's *pro se* motion to reduce sentence [Doc. 82] is **DENIED**.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge